# DECISIONS PER CURIAM.

JANUARY 1 TO DECEMBER 31, 1920.

No. ——. SALDAÑA, APPELLEE, *v.* WAYMOUTH, APPELLANT. —Deposit. San Juan. January 12, 1920. *Appeal withdrawn.*

No. 2170. FORÉS, APPELLANT, *v.* BALZAC, APPELLEE.—Damages. Mayagüez. January 16, 1920. *Dismissed.*

No. 271. GUTIÉRREZ, PETITIONER, *v.* TEXIDOR, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan. January 16, 1920. *Denied.*

No. 21. MARTÍNEZ, PETITIONER, *v.* ACOSTA, DISTRICT ATTORNEY, ET AL., RESPONDENTS.—Prohibition. Aguadilla. January 16, 1920. *Denied.*

No. 1449. PEOPLE, APPELLEE, *v.* ORTIZ, APPELLANT.—Violation of Automobiles Act. San Juan. January 19, 1920. *Reversed.*

No. 272. GANDÍA, PETITIONER, *v.* ROSSY, DISTRICT JUDGE, RESPONDENT. — Certiorari. San Juan. January 20, 1920. *Withdrawn.*

No. 26. GANDÍA, APPELLANT, *v.* TRÍAS ET AL., RESPONDENTS. — Approval of Transcript. San Juan. January 20, 1920. *Withdrawn.*

No. 1475. PEOPLE, APPELLEE, *v.* PANIAGUA, APPELLANT.—